TERRY S. KAPLAN, P.C. (SBN 50860)
PAUL N. GLASSER (SBN 124955)
BILLET, KAPLAN & DAWLEY
1900 Avenue of the Stars, Suite 2350
Los Angeles, CA 90067-4504
(310) 551-1700

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___

FILED
CLERK, U.S. DISTRICT COURT
MAR 23 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COMMERCE BANK,<br><br>　　　　　　　Plaintiff(s)<br><br>　　　v.<br><br>MONEYGRAM PAYMENT SYSTEMS, INC.,<br>ETC.<br>　　　　　　　Defendant(s). | CASE NUMBER<br><br>CV04-9426 CBM(PLAx)<br><br>**SETTLEMENT PROCEDURE SELECTION:**<br>**NOTICE, REQUEST AND ORDER** |

Pursuant to Local Rule 16-14, the parties recommend that the Court approve the following settlement procedure:

☐ **SETTLEMENT PROCEDURE NO. 1** - The parties shall appear before the:   ☐ district judge *or*
☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐ **SETTLEMENT PROCEDURE NO. 2** - The parties shall appear before an attorney selected from the Attorney Settlement Officer Panel for all further settlement proceedings.

☑ **SETTLEMENT PROCEDURE NO. 3** - The parties shall appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings.

Dated: March 23, 2005          _____
                                Attorney For Plaintiff

Dated: _____         _____
                                Attorney For Plaintiff

Dated: March 23, 2005          _____
                                Attorney For Defendant

Dated: _____         _____
                                Attorney For Defendant

---

**IT IS SO ORDERED**, the above request is:
　☑ APPROVED.
　☐ DENIED; **IT IS FURTHER ORDERED** that the settlement procedure shall be as follows:

*For Settlement Procedure No. 2, counsel are responsible for contacting the settlement officer at the appropriate time to arrange for further proceedings. For Settlement Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or mediator at the appropriate time to arrange for further proceedings*

Dated: 3/24/05                  _____
                                United States District Judge/Magistrate Judge

cc: *Attorney Settlement Officer Panel Coordinator*

DOCKETED ON CM
MAR 24 2005
BY ___

ADR-01 (05/03)        SETTLEMENT PROCEDURE SELECTION: NOTICE, REQUEST AND ORDER

## PROOF OF SERVICE

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1900 Avenue of the Stars, Suite 2350, Los Angeles, California 90067-4504.

On the date below, I served on the interested parties the foregoing document(s) described as follows: **SETTLEMENT PROCEDURE SELECTION: NOTICE, REQUEST AND ORDER**

X    by placing _ the original X a true copy thereof enclosed in sealed envelopes addressed as follows:

X    **BY MAIL** - I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

     **BY FEDERAL EXPRESS** - I am readily familiar with the business practice of Billet, Kaplan & Dawley for collection and processing of correspondence for transmitting by Federal Express. Under such practice, correspondence would be deposited with the Federal Express pick up box on the same day as received in the ordinary course of business. Following such practice, and in the ordinary course of business, on the date set forth above I placed with Billet, Kaplan & Dawley at 1900 Avenue of the Stars, Suite 2350, Los Angeles, California 90067-4504, for deposit in the Federal Express pick up box, the aforesaid sealed envelope.

—    **By Personal Delivery** - I personally delivered said envelope to the addressee's office as indicated above.

—    **By Facsimile** - A true and correct copy of the document was transmitted via facsimile to the addressee as indicated above.

—    (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

X    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 23, 2005, at Los Angeles, California.

LYNN DONAHUE

**SERVICE LIST**
**CALIFORNIA COMMERCE BANK v. MONEYGRAM PAYMENT SYSTEMS**
**CASE NO. CV 04-9426 CBM (PLAx)**

Jennifer J. Waldner
PEITZMAN, WEG & KEMPINSKY LLP
10100 Santa Monica Boulevard, Suite 1450
Los Angeles, CA 90067
Fax: (310) 552-3101

Kathryn J. Bergstrom
GRAY PLANT MOOTY
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Fax: (612) 632-4444